UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FLODIN, et al.,<br><br>          Plaintiffs,<br><br>    v.<br><br>CENTRAL GARDEN & PET COMPANY, et al.,<br><br>          Defendants. | Case No. 21-cv-01631-JST<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE**<br><br>Re: ECF No. 71 |

Discovery disputes in this case are referred to a magistrate judge. The magistrate judge to whom the matter is assigned will advise the parties of how that judge intends to proceed. The magistrate judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a magistrate judge has been assigned, all further discovery matters shall be filed pursuant to that judge's procedures.

**IT IS SO ORDERED**.

Dated: June 17, 2022

                                                    JON S. TIGAR<br>
                                         United States District Judge