UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FLODIN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTRAL GARDEN & PET COMPANY, et al.,<br><br>        Defendants. | Case No. 21-cv-01631-JST<br><br>**ORDER RE: RECENT FILINGS DISCUSSING CLASS CERTIFICATION DISCOVERY**<br><br>Re: ECF Nos. 180, 181 |

On March 19, 2024, Defendants filed a motion to extend the deadline to oppose Plaintiffs' motion for class certification to July 16, 2024. ECF No. 152. After considering Plaintiffs' opposition and both parties' supplemental statements, the Court granted the motion on April 3, 2024. ECF No. 165.

On June 28, 2024, Defendants filed a "second addendum to Defendants' motion for extension to file opposition to class certification motion," ECF No. 180, even though the Court had granted their motion months earlier. Plaintiffs filed an unsolicited brief in response to this document on July 1, 2024. ECF No. 181.

As Plaintiffs correctly observe, Defendants' filing addresses class certification discovery issues but requests no relief. Accordingly, the Court will take no action on Defendants' filing. The Court reminds the parties that any discovery disputes must be resolved following the procedures required by Magistrate Judge Ryu, to whom discovery has been referred.

**IT IS SO ORDERED.**

Dated: July 2, 2024



_____
JON S. TIGAR
United States District Judge