UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FLODIN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CENTRAL GARDEN & PET COMPANY, et al.,<br><br>        Defendants. | Case No. 21-cv-01631-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 253 |

The parties have filed a notice of settlement of all claims in this case—both Plaintiffs' claims against and Defendants and Defendants' claims against Third-Party Defendant Elements LLC. ECF No. 253. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 45 days of the date of this order.

**IT IS SO ORDERED**.

Dated: February 26, 2025

                                            JON S. TIGAR
                                     United States District Judge